**Adrain BELCHER, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**No. WD 73257.**

Missouri Court of Appeals, Western District.

Feb. 21, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 27, 2012.

Adrain Belcher, Appellant Pro Se.

Shelly A. Kintzel, Jefferson City, MO, for respondent.

Before Division One: CYNTHIA L. MARTIN, Presiding Judge, THOMAS H. NEWTON, Judge and KAREN KING MITCHELL, Judge.

### ORDER

PER CURIAM:

Adrain Belcher appeals from the Labor and Industrial Relations Commission's decision finding Belcher was discharged from employment due to misconduct connected with his work thereby disqualifying Belcher from receiving unemployment compensation. We affirm. Rule 84.16(b).